IN THE COURT OF CRIMINAL APPEALS


OF TEXAS







PD-1373-09






RONNIE DUANE MASON, Appellant



v.



THE STATE OF TEXAS






ON DISCRETIONARY REVIEW OF CASE 07-07-0383-CR OF


THE SEVENTH COURT OF APPEALS,


POTTER COUNTY




 


 Womack, J., filed a concurring opinion.



 Although I join the Court's judgment, I would follow the reasoning of the Supreme
Court's opinion in United States v. Mechanik, 475 U.S. 66, which this Court's opinion quotes
(ante, at 8), rather than Justice O'Connor's concurring opinion.


Filed October 6, 2010.

Publish.